### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION


**MICHAEL R. PORTER,**

    **Plaintiff,**

**vs.**                                                      **CASE NO. 5:04CV220-SPM-AK**

**MS. BLACKWELL,**

    **Defendant.**

### REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se,* has filed a complaint under 42 U.S.C. §1983 against

employees at Moore Haven Correctional Institution and Okeechobee Correctional

Institution for deliberate indifference to his health and safety needs.  (Doc. 17).  Plaintiff

originally sued the Florida Department of Corrections and Wackenhut Corporation (doc.

1), and was asked to amend his complaint.  (Docs.8 and 13).  For reasons unknown, his

second amended complaint did not come up for review timely, and therefore, it was not

known until today that he is suing defendants in another division of this court.  Moore

Haven C. I., where the events complained of occurred, is located in the Middle District

of Florida, as are most of the Defendants.  Thus, the proper forum for this action

pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b) is in the United States District

Court for the Middle District of Florida, Ft. Myers Division.

A federal district court has the authority under 28 U.S.C. § 1406(a) to transfer a case to another district or division "in which it could have been brought."

In light of the foregoing, and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), the undersigned respectfully **RECOMMENDS** transfer of this action to the United States District Court for the Middle District of Florida, Ft. Myers Division, for all further proceedings.

**IN CHAMBERS** at Gainesville, Florida, this __**6**__<sup>th</sup> day of April, 2006.


**s/ A. KORNBLUM**
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**